IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01481-RM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$921.00 IN UNITED STATES CURRENCY, and
$5,165.00 IN UNITED STATES CURRENCY,

    Defendants.

---

**ORDER VACATING CLERK'S ENTRY OF DEFAULT AND WITHDRAWING THE UNITED STATES' MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**

---

This matter having come before the Court on the United States' Motion to Vacate Clerk's Entry of Default and Withdraw the United States' Motion for Default and Final Order of Forfeiture, and the Court being fully apprised, it is hereby ORDERED that:

1. The Clerk's Entry of Default (Doc. 19) is hereby VACATED.

2. The United States' Motion for Default and Final Order of forfeiture (Doc. 21) is hereby WITHDRAWN.

SO ORDERED this 13th day of January, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge